# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0997. IN THE INTEREST OF E. M., et al., CHILDREN (FATHER).**

The parents of minor children E. M. and E. R. M. divorced in 2009. In 2019, the parents filed dueling petitions for modification of custody and support in superior court, and the cases were ultimately transferred to the juvenile court and consolidated. On October 7, 2022, the juvenile court entered a final order awarding the mother primary custody, increasing the father's child support obligation, and awarding the mother attorney fees. The father filed a motion for reconsideration, which the juvenile court dismissed on December 28, 2022. The father then filed this direct appeal on January 26, 2023. We lack jurisdiction.

The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, the juvenile court's October 7 order appears to be directly appealable. See OCGA § 5-6-34 (a) (11) ("judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are subject to direct appeal). However, because the father failed to file a notice of appeal within 30 days of the October 7 order, his appeal is untimely as to it. See OCGA § 5-6-38 (a). Although the father sought reconsideration of the custody order, the denial of a motion for reconsideration is not appealable in its own right, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), and the filing of such a motion does not extend the time for filing a notice of appeal. See *Cheeley-Towns v. Rapid Group*, 212 Ga. App. 183, 183 (1) (441 SE2d 452) (1994).

Because the father did not file a timely notice of appeal from a directly appealable order, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   *02/21/2023*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*